No. 3169. — CRÉDITO Y AHORRO PONCEÑO, APDA., v. CARIB-

BEAN SOAP CO., APLTE. — C. D. Guayama. Rebeldía. Abril 8, 1924.